**Shirley WALKER, Appellant,**

v.

**ARKANSAS DEPARTMENT OF CORRECTION, Appellee.**

No. 08–3021.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 17, 2009.

Filed: Dec. 31, 2009.

Shirley Walker, Pine Bluff, AR, pro se.

Katina R. Hodge, Sherri L. Robinson, Attorney General's Office, Little Rock, AR, for Appellee.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Shirley Walker (Walker) appeals following the district court's[1] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record and considered Walker's arguments, we conclude summary judgment was proper for the reasons stated by the district court, *see Johnson v. Blaukat,* 453 F.3d 1108, 1112 (8th Cir.2006) (standard of review); and the remaining arguments raised on appeal provide no basis for reversal. Thus, we affirm. *See* 8th Cir. R. 47B.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

---

1. The Honorable Rodney S. Webb, United States District Judge for the District of North Dakota, sitting by designation, now deceased.